UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

**U.S.A. vs. Jerome Parrott**　　　　　　　　　　　　　　　　　**Docket No. 7:05-CR-58-1F**

**Petition for Action on Supervised Release**

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jerome Parrott, who, upon an earlier plea of guilty to 18 U.S.C. §922(g)(1), Possession of a Firearm by a Convicted Felon, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on March 28, 2006, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jerome Parrott was released from custody on October 17, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 4, 2015, Parrott was reported to the court for use of marijuana. Supervision was continued without modification, however on June 8, 2015, Parrott tested positive for marijuana and for a prescription medication (Oxycodone) not prescribed for his use. He was advised that this type of noncompliance will not be tolerated and cannot continue without punishment. As such, we are recommending the court continue supervision but impose a 5 day jail sanction, and the DROPS condition requiring intermittent confinement for illegal drug use. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the third use level.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ John A. Cooper |
| Robert L. Thornton | John A. Cooper |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 2 Princess Street Suite 308 |
| | Wilmington, NC 28401-3958 |
| | Phone: 910-679-2046 |
| | Executed On: July 9, 2015 |

Jerome Parrott
Docket No. 7:05-CR-58-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ____10____ day of ___July___, 2015 and ordered filed and made a part of the records in the above case.

*James C. Fox*

James C. Fox
Senior U.S. District Judge